FILED-USDC-NDTX-DA
'25 NOV 12 AM9:31

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SPAGHETTI WAREHOUSE RESTAURANTS, INC. DALLAS DIVISION, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | Civil Action No. 3:25-cv-02727-E |
| SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC, | § § § | |
| Defendant(s). | § § | |

## RETURN OF SERVICE

Came to my hand on **Friday, October 17, 2025 at 3:08 PM**,
Executed at: **125 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10017**
at **1:57 PM**, on **Monday, October 27, 2025**,
by delivering to the within named:

### SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC

by personally delivering to **Legal Counsel, ANTHONY N. SCHLUR, ESQ.**

a true copy of this

**SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DAMAGES, AND OTHER RELIEF with UNSWORN DECLARATION IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER and PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**BEFORE ME,** the undersigned authority, on this day personally appeared ROBERT URENA who after being duly sworn on oath states: "My name is ROBERT URENA. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
    **ROBERT URENA – Process Server**

**Subscribed and Sworn to by ROBERT URENA, Before Me, the undersigned authority, on this** ___ **day of October, 2025.**

_____
**Notary Public in and for the State of New York**

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01R06415136
Qualified in Queens County
Commission Expires 03/08/2029

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Spaghetti Warehouse Restaurants Inc | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:25-cv-02727-E |
| | ) |
| | ) |
| Spaghetti Warehouse Restaurant of CNY | ) |
| LLC | ) |
| _Defendant_ | ) |

### Summons in a Civil Action

**TO:** Spaghetti Warehouse Restaurant of CNY LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Casey Erick
901 Main Street, Suite 3900
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 10/08/2025

_Signature of Clerk or Deputy Clerk_

Case 3:25-cv-02727-E   Document 6   Filed 10/08/25   Page 2 of 2   PageID 107

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02727-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:


RETURN / AFFIDAVIT PROOF / ATTACHED

RETURN / AFFIDAVIT PROOF / ATTACHED