**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SPAGHETTI WAREHOUSE RESTAURANTS, INC.** | § § § § § | |
| **Plaintiff** | § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-cv-02727-E** |
| **SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC,** | § § § | **JURY DEMANDED** |
| **Defendant** | § § § § | |

### PLAINTIFF'S MOTION TO SUBSTITUTE AND DESIGNATE LEAD COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff, Spaghetti Warehouse Restaurants, Inc. ("Spaghetti Warehouse" or "Plaintiff"), through its undersigned attorney, files this Motion to Substitute Counsel and requests that the Court's docket in the above-styled cause be updated accordingly.

Plaintiff requests that attorney, Mr. William L. Siegel, of Cowles & Thompson, P.C. be withdrawn as attorney of record for Plaintiff, and that Casey S. Erick remain as lead counsel.

All parties and counsel of record are unopposed to this motion as indicated by their signature below.

DATED: November 13, 2025                    LEWIS BRISBOIS BISGAARD & SMITH LLP

_Casey S. Erick_
Casey S. Erick
TX State Bar No. 24028564
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.722.7107
Fax: 214.722.7111
Casey.Erick@lewisbrisbois.com

**PLAINTIFF'S MOTION TO SUBSTITUTE AND DESIGNATE LEAD COUNSEL - PAGE 1**

AGREED:

By: */s/ William L. Siegel – signed with permission*
**WILLIAM L. SIEGEL**
State Bar No. 18342480
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, Texas 75202
Telephone: 214-672-2126
Fax: 214-672-2020
bsiegel@cowlesthompson.com

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that current counsel for Plaintiff is unopposed to this

Motion to Substitute and Designate Lead Counsel.

**CASEY S. ERICK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 13, 2025, a true and correct copy of the

foregoing document was electronically filed and served upon all counsel of record.

**CASEY S. ERICK**

**PLAINTIFF'S MOTION TO SUBSTITUTE AND DESIGNATE LEAD COUNSEL - PAGE 2**