**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SPAGHETTI WAREHOUSE RESTAURANTS, INC. | § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-cv-02727-E** |
| SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC, | § § § | **JURY DEMANDED** |
| **Defendant** | § § § § | |

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Northern District of Texas:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Spaghetti Warehouse Restaurants, Inc, requests that the Clerk of this Honorable Court enter the Default of Defendant, Spaghetti Warehouse Restaurant of CNY, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and as supported from the declaration of Casey S. Erick, Esq., attached hereto.

DATED: December 4, 2025.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

Casey S. Erick
TX State Bar No. 24028564
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.722.7107
Fax: 214.722.7111
Casey.Erick@lewisbrisbois.com

168050854.1 PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT – PAGE 1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 4th day of December 2025, the foregoing

document was served electronically with a copy of the pleading through use of the Court's CM/

ECF system and/or mailing it to the last known address of counsel and or parties:

Spaghetti Warehouse Restaurant of CNY, LLC
Anthony N. Schlur, Esq.
125 Park Avenue, 12th Floor
New York, NY 10017

**CASEY S. ERICK**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SPAGHETTI WAREHOUSE RESTAURANTS, INC.<br><br>Plaintiff<br><br>v.<br><br>SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC,<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:25-cv-02727-E<br><br>JURY DEMANDED |

## DECLARATION OF CASEY S. ERICK IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Casey S. Erick, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge

2. I am counsel for Plaintiff, and submit this Declaration in support of Plaintiff's Request for Entry of Default.

3. On October 7, 2025, Plaintiff filed its Complaint for Permanent and Injunctive Relief, Damages and Other Relief. [Doc. 1].

4. On October 8, 2025, the Court issued a Summons as to Defendant, Spaghetti Warehouse Restaurant of CNY, LLC. [Doc. 6].

5. On October 27, 2025 in accordance with Fed. R. Civ. P. 4, Defendant was served and the Return of Service was filed on November 12, 2025. [Doc. 8].

6. The Defendant is owned and operated by New York Attorney, Anthony J. Schlur, Esq., of the law firm, Goldberg Weprin Finkel Goldstein, LLP, located at 1501 Broadway, 22nd

Floor, New York, New York 10036, and by Connecticut Attorney, Patrick J. Dussol, Esq., Assistant General Counsel - Real Estate at Hut 8 Corp., located at 1101 Brickell Ave, N-1500, Miami, FL 33131.

7.      Since being served, Plaintiff's counsel has had substantive discussions with both Mr. Schlur and Mr. Dussol regarding this lawsuit.

8.      Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant was required to file an answer or other responsive pleading within 21 days after being served. Because service was effected on October 27, 2025, Defendant's answer or other responsive pleading was due on or before November 17, 2025.

9.      To date, Defendant has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12(a)(1)(A)(i).

10.      Defendant is not an infant, incompetent person, in active military service of the United States of America or its officers or agents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2025.

_____
CASEY S. ERICK