**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SPAGHETTI WAREHOUSE RESTAURANTS, INC.** | § § § § | |
| **Plaintiff** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-cv-02727-E** |
| **SPAGHETTI WAREHOUSE RESTAURANT OF CNY, LLC,** | § § § § | **JURY DEMANDED** |
| **Defendant** | § § § § | |

## ORDER ON PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Spaghetti Warehouse Restaurants, Inc., by and through the undersigned, having filed with this Court its Request for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERS:

An entry of Default shall be entered against the Defendant, Spaghetti Warehouse Restaurant of CNY, LLC.

Executed on _____.

_____
U.S. DISTRICT COURT CLERK

168052052.1 ORDER ON PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT – Solo Page