**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SPAGHETTI WAREHOUSE**<br>**RESTUARANTS INC**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**SPAGHETTI WAREHOUSE**<br>**RESTAURANT OF CNY LLC**<br><br>   **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.  3:25-cv-02727-E** |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for a Temporary Restraining Order (ECF No. 2) and

Motion for Default Judgment (ECF No. 13). The Court hereby **REFERS** these Motions and all

related responses, replies, briefs in support, and appendices, etc., to United States Magistrate Judge

Horan for hearing, if necessary, and final determination. *See* 28 U.S.C. § 636(b)(1). Further

pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate

Judge Horan so that copies may be sent directly to him without delay.

   **SO ORDERED** on this **5th day** of **May, 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**